IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CAMERON MCKEVITT, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CV237 |
| v. | ) | |
| HALL COUNTY DEPARTMENT OF CORRECTIONS, HALL COUNTY, SARGENT CONLEY, OFFICER CONKLIN, DIRECTOR OF HALL COUNTY DEPARTMENT OF CORRECTIONS, ASSISTANT DIRECTOR OF HALL COUNTY DEPARTMENT OF CORRECTIONS, and NURSE STAFF, | ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

On January 29, 2016, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 9th day of March, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge